**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Levi Lamoreau, | : |
| | : Civil Action No.: 1:18-cv-01288-JTN-ESC |
| Plaintiff, | : |
| v. | : |
| Credit Acceptance Corporation, | : |
| Defendant. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: March 18, 2019

                                                                         Respectfully submitted,

                                                                         By   /s/ Sergei Lemberg

                                                                         Sergei Lemberg, Esq.
                                                                         LEMBERG LAW, L.L.C.
                                                                         43 Danbury Road, 3rd Floor
                                                                         Wilton, CT 06897
                                                                         Telephone: (203) 653-2250
                                                                         Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2019, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By /s/ Sergei Lemberg
      Sergei Lemberg, Esq.