UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEVI LAMOREAU,

    Plaintiff/Counter-Defendant,

v.

CREDIT ACCEPTANCE CORPORATION,

    Defendant/Counter-Claimant.

    Case No. 1:18-cv-1288

    HON. JANET T. NEFF

CREDIT ACCEPTANCE CORPORATION,

    Third-Party Plaintiff,

v.

AUTUMN YORK,

    Third-Party Defendant.
_____/

## **ORDER**

This Court having been informed through the filing of Plaintiff's Notice of Settlement (ECF No. 10) of the parties' agreement to settle this matter:

**IT IS HEREBY ORDERED** that appropriate dismissal papers shall be filed with the Court no later than May 17, 2019.

Dated:  March 19, 2019

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge