**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| Levi Lamoreau, | : |
| | : |
| | : Civil Action No.:  1:18-cv-01288-JTN-ESC |
| | : |
| Plaintiff, | : |
| v. | : |
| | : |
| Credit Acceptance Corporation, | : |
| | : |
| Defendant. | : |
| | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party.

Levi Lamoreau                                      Credit Acceptance Corporation

___/s/ Sergei Lemberg_____              _/s/ Stephen W. King_____

Sergei Lemberg, Esq.                              Stephen W. King, Esq.
Lemberg Law, LLC                                 King and Murray, PLLC
43 Danbury Road, 3rd Floor                        355 S. Old Woodward, Suite 100
Wilton, CT  06897                                 Birmingham, Michigan 48009
Tel: (203) 653-2250                               Tel: (248) 792-2398
slemberg@lemberglaw.com                           sking@kingandmurray.com
Attorney for Plaintiff                            Attorney for Defendant


_____

SO ORDERED

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 17, 2019, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court Western District of Michigan Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By  /s/ Sergei Lemberg                
Sergei Lemberg, Esq.